**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 MAY 21 PM 6: 16

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR 186 |
| vs. | ) | INDICTMENT |
| | ) | (21 U.S.C. § 846) |
| CHRISTINA HINGORANI, | ) | |
| TREMAINE WINDHAM, | ) | |
| Defendant. | ) | |

The Grand Jury Charges:

<u>COUNT I</u>

Beginning on or about January 2014, and continuing to on or about February, 2014, , in the District of Nebraska, the defendants, CHRISTINA HINGORANI and TREMAINE WINDHAM, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute Oxycodone, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Assistant U.S. Attorney