# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>TREMAINE WINDHAM,<br><br>Defendant. | 8:14CR186<br><br>**ORDER** |

Defendant Tremaine Windham appeared before the court on July 26, 2018, on an Amended Petition for Offender Under Supervision [170]. Defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the government was represented by Assistant U.S. Attorney John E. Higgins.

The government moved for detention, and a detention hearing was held. Defendant failed to meet his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).

Defendant requested a preliminary hearing, set for August 2, 2018. On that date, Defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the government was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Defendant waived his right to a probable cause hearing on the Amended Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A).

I find that the Amended Petition [170] alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 11, 2018, at 1:30 p.m. Defendant must be present in person;

2. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 2nd day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge